IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:16-CR-145-2-TWT |
| ALONZO WALTON<br>also known as<br>Spike, | |
|    Defendant. | |
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:16-CR-145-5-TWT |
| DONALD GLASS<br>also known as<br>Smurf<br>also known as<br>Dred, | |
|    Defendant. | |
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:16-CR-145-6-TWT |
| LEWIS MOBLEY<br>also known as<br>OG, | |
|    Defendant. | |

# ORDER

This is a criminal RICO action. It is before the Court on the Report and Recommendation [Doc. 1882] of the Magistrate Judge recommending denying the Defendants' Motions to Dismiss Count Three and Seven of the Indictment [Doc. 1516, 1528 & 1573]. In their Objections the Defendants stand on the arguments made in the motions to preserve the issues. The Objections are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motions to Dismiss Count Three and Seven of the Indictment [Doc. 1516, 1528 & 1573] are DENIED.

SO ORDERED, this 11 day of January, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge